UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF __MS__

UNITED STATES OF AMERICA
Plaintiff

__FMC - Carswell__
Place of Confinement

v.

__36906-034__
FEDERAL REGISTER NUMBER

__Angela Roy__
Defendant

__3:16-CR-110-MPM-RP__
Criminal Case Number

Defendant's Motion for Reduction of Sentence pursuant
to 18 U.S.C. 3582(c)(2) and Amendment
821 to the Federal Sentencing Guidelilnes:

____ Based on U.S.S.G. 4C.1 Adjustment for Zero-Point Offenders (for those assessed zero criminal history points at sentencing)

__X__ Based on U.S.S.G. 4A1.1(d) & (e) Criminal History Category (For those who recieved "status" points for being under a criminal justice sentence at the time of the offense)

Defendant has reviewed the respective amendments from the Sentencing Commission and believes the marked amendment(s) apply to her.

Therefore, Defendant asks this Honorable Court to adjust her sentence accordingly pursuant to 18 U.S.C. 3582(c)(2) and in consideration of the amendment(s) marked above.

Executed on this date of : __Jan 03, 2024__.

Respectfully Submitted;

__Angela Roy__
Defendant   Pro Se
Printed Name: __Angela Roy__
Reg.# __36906-034__
C/O FMC Carswell
P.O. BOX 27137
Fort Worth, Texas 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
9 JAN 2024 PM 6 L

X-RAYED

RECEIVED
JAN 12 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

36906·034
U S District Court
Northern District of Miss
911 Jackson AVE E
Chambers of Michael Mills
Oxford, MS 38655
United States

Angela Roy NCC
36906-034
FMC - Carswell
P.O. Box 27137
Ft. Worth, TX 76127